IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY a/s/o CERTIFIED CRANE & RIGGING SERVICES<br>*Plaintiff*,<br><br>v.<br><br>THE WHITING-TURNER CONTRACTING COMPANY; LEINNEWEBER CONCRETE CONSTRUCTION LLC; and IRON MAN STEEL, LLC d/b/a COOL RIVER STEEL<br>*Defendants*. | CAUSE NO. 24-217 |

### DEFENDANT IRON MAN STEEL'S
### AMENDED NOTICE OF REMOVAL

Defendant Iron Man Steel, LLC d/b/a Cool River Steel files this amended notice of removal under 28 U.S.C. § 1446(a).

### INTRODUCTION

1. Plaintiff is Markel American Insurance Company a/s/o Certified Crane & Rigging Services.

2. On August 29, 2024, Plaintiff sued Defendant Iron Man Steel, LLC d/b/a Cool River Steel for negligence, gross negligence, bailment, breach of contract, and indemnification in 156th Judicial District Court in San Patricio County, Texas.

3. Defendant Iron Man Steel, LLC d/b/a Cool River Steel was served with the suit on September 5, 2024. Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1). *Bd. of Regents of Univ. of Tex. Sys. v. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007).

4. Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a); *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899-900 (9th Cir. 2006). Plaintiff Markel American Insurance Company is a citizen of Virginia. Defendants Iron Man Steel, LLC d/b/a Cool River Steel and Leinneweber Concrete Construction, LLC are citizens of Texas. Defendant The Whiting-Turner Contracting Company is a citizen of Maryland. Additionally, the amount in controversy exceeds $75,000.00, excluding interests and costs, as alleged by Plaintiff's request to recover over three million dollars paid to its insured. *See* Orig. Pet. ¶¶ 11, 20.

5. All defendants who have been properly joined and served join in or consent to the removal of this case to federal court. 28 U.S.C. § 1446(b)(2)(A); *Cook v. Randolph Cty.*, 573 F.3d 1143, 1150-51 (11th Cir. 2009); *Pritchett v. Cottrell, Inc.*, 512 F.3d 1057, 1062 (8th Cir. 2008).

6. Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a).

7. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

8. Defendant Iron Man Steel, LLC d/b/a Cool River Steel will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

### JURY DEMAND

9. Plaintiff did demand a jury trial in the state-court suit. Defendant Iron Man Steel, LLC d/b/a Cool River Steel also demands a trial by jury.

## CONCLUSION

10. For these reasons, Defendant Iron Man Steel, LLC d/b/a Cool River Steel asks the Court to remove the suit to the United States District Court for the Southern District of Texas, Corpus Christi Division.

Respectfully Submitted,

**TERRAZAS PLLC**
1001 S. Capital of Texas Highway
Building L, Suite 250
Austin, Texas 78746
915-256-8292

By: */s/ Eric A. Hudson*
Belinda Arambula
State Bar No. 24060241
Southern Admission No. 996326
barambula@terrazaspllc.com
Eric A. Hudson
State Bar No. 24059977
Southern Admission No. 1000759
ehudson@terrazaspllc.com
Kevin Terrazas
State Bar No. 24060708
Southern Admission No. 1052372
kterrazas@terrazaspllc.com

**Attorneys for Defendant Iron Man Steel**

## CERTIFICATE OF SERVICE

I certify that on October 2, 2024, a true and correct copy of this document was served by e-service and regular mail.

*/s/ Eric A. Hudson*
Eric A. Hudson